Dana M. HERMAN, Plaintiff–
Appellant,

v.

CITY OF SHANNON, MISSISSIPPI;
Tommy Edwards, Individually and in
His Official Capacity as an Officer
with the City of Shannon Police De-
partment; Terry Westbrook, Individu-
ally and in His Official Capacity as an
Officer with the City of Shannon Po-
lice Department, Defendants–Appel-
lees.

No. 04–60027.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided July 15, 2004.

Michael D. Cooke, Iuka, MS, for Plain-
tiff–Appellant.

Gary Erwin Friedman, Jackson, MS,
Mark Nolan Halbert, Phelps Dunbar, Tu-
pelo, MS, for Defendants–Appellees.

Before HIGGINBOTHAM, DAVIS and
Prado, Circuit Judges.

PER CURIAM: *

Dana M. Herman appeals the dis-
trict court's order granting summary judg-
ment in favor of the City of Shannon,
Mississippi, and Police Officers Tommy

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Edwards and Terry Westbrook. Herman argues that neither she nor Amos McCoy did anything to justify the use of deadly force as Officer Edwards was not injured by McCoy and the only violations committed by McCoy were misdemeanors. A review of the record indicates that the district court did not err in determining that the actions of Officers Edwards and Westbrook were objectively reasonable under the circumstances as McCoy posed a threat of serious physical harm to the officers by driving his truck toward them at a high rate of speed when they were standing only a few feet away from the truck. *See Graham v. Connor,* 490 U.S. 386, 395, 109 S.Ct. 1865, 104 L.Ed.2d 443 (1989); *Fraire v. City of Arlington,* 957 F.2d 1268, 1276 (5th Cir.1992).

■ Herman argues that the district court erred in granting a summary judgment in favor of the City of Shannon on her claim that the City failed to train its officers and lacked a custom or policy to insure that its officers avoided the use of unnecessary deadly force. Because Herman has not demonstrated a constitutional violation, the district court did not err in determining that Herman had not established that the City of Shannon was liable under 42 U.S.C. § 1983. *See McKinney v. Irving Indep. Sch. Dist.,* 309 F.3d 308, 312 (5th Cir.2002), *cert. denied,* 537 U.S. 1194, 123 S.Ct. 1332, 154 L.Ed.2d 1030 (2003).

AFFIRMED.